# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: AILEEN MERRILL SCHLISSEL,
Attorney at Law, Bar No. 10981

Case No.: 2:17-ms-00084

**ORDER OF SUSPENSION**

On September 19, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 3, 2017. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender; Attempted – Not Known; Unable to Forward." The Order to Show Cause provided Ms. Schlissel with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Schlissel. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Aileen Merrill Schlissel, Nevada State Bar No. 10981, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 30 day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  4th  day of December, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Aileen M. Schlissel
>112 Sequoia Tree Lane
>Irvine, CA 92612

Certified Mail No.:   7016 2140 0000 1723 3744

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada